# DIVIDENDS REMITTED TO THE COURT

Case Number 10-32074 - BRODEL, MICHAEL D

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Ann Arbor Credit Burea<br>311 N Main St<br>Ann Arbor, MI 48104 | 000002 | 50.00 | 4.58 |
| ---------- Remittance Total --------------- | | 50.00 | 4.58 |

_____
Michael A. Mason, Trustee